Fauntleroy Matthews and Bessie Matthews, appellees, v. Nora Devanney, appellant. Gen. No. 28,950.

Forcible entry and detainer against tenant of residence by purchaser of warranty deed. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the third division of this court for the first

district at the October term, 1923. Affirmed. Opinion filed March 15, 1924.

Edmond W. Pottle, for appellant. Harry P. Tuscher, for appellees.

Mr. Justice Thomson delivered the opinion of the court.